FILED: December 7, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4417
(5:14-cr-00556-JMC-3)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

LUIS CASTRO VILLEDA, a/k/a Luis Herierto Villeda

        Defendant - Appellant

_____

O R D E R

_____

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the opening brief and appendix absent a showing of extraordinary circumstances.

        Appendix due: 12/30/2015

        Opening brief due: 12/30/2015

        Response brief due: 01/25/2016

        Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk