FILED: January 14, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4417
(5:14-cr-00556-JMC-3)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

LUIS CASTRO VILLEDA, a/k/a Luis Herierto Villeda

 Defendant - Appellant

_____

O R D E R
_____

 The court defers consideration of counsel's motion for extension of time to file the opening brief and appendix pending filing of opening brief and appendix on or before 1/19/16. Counsel is advised that no additional extensions will be granted.

 The due dates for any subsequent briefs under the briefing schedule will run from the filing date, rather than from the due date, of the preceding brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk